UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE | : | 14-MC-00391 (RMC) |
| NONJUDICIAL CIVIL FORFEITURE | : | |
| PROCEEDING | : | <u>UNDER SEAL</u> |

<u>CONSENT MOTION TO EXTEND TIME TO FILE COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 18 U.S.C. § 983(a)(3)(A), respectfully moves the Court for an extension of time for the United States to file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture for certain property that Louis J. Spina has filed a claim for in a non-judicial civil forfeiture proceeding initiated by the Drug Enforcement Administration ("DEA"). In support of its motion, the United States submits the following:

1.  On November 19, 2013, DEA agents seized $132,798 from Mr. Spina.

2.  After this seizure, the DEA commenced a non-judicial forfeiture proceeding against the above-referenced property. As required by 18 U.S.C. § 983(a)(1)(A)(i), the DEA sent written notice of intent to forfeit the property to all "interested parties."

3.  On January 17, 2014, Mr. Spina filed a claim for the seized property. No other parties have filed claims for the seized property. The time period for filing a claim under 18 U.S.C. § 983(a)(2)(B) has expired.

4.  When a party files a claim for seized property, the Government must file a civil forfeiture complaint within 90 days "or return the property pending the filing of a complaint." 18 U.S.C. § 983(a)(3)(A). "In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment." <u>Id.</u> § 983(a)(3)(C).

The Government must obtain the indictment alleging the forfeiture of the property "before the time for filing a complaint has expired." Id. § 983 (a)(3)(B)(ii).

5. Section 983(a)(3)(A) permits an extension of time for the filing of a civil forfeiture complaint upon a showing of good cause or "agreement of the parties." Id. § 983(a)(3)(A).

6. The deadline for filing a complaint and/or obtaining an indictment alleging forfeiture of the seized properties is currently October 22, 2014.

7. Brian Reilly, Esquire, counsel for Mr. Spina, has advised the Government that Mr. Spina agrees to an extension of the deadline to file a complaint for forfeiture against the above-referenced seized property and/or to obtain an indictment alleging forfeiture of the above-referenced seized property until January 22, 2014. Mr. Spina is in the process of considering the government's plea offer that would include a resolution of the seized property.

## CONCLUSION

Based upon the agreement of the parties, the Government respectfully requests that the Court enter the attached Order, pursuant to 18 U.S.C. § 983(a)(3)(A), extending the deadline to file a complaint for forfeiture against the above-referenced seized property and/or to obtain an indictment alleging forfeiture of the above-referenced seized property until and including January 22, 2014.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
For the District of Columbia
D.C. Bar No. 447889

By: _____
Arvind K. Lal, D.C. Bar No. 389496
Assistant United States Attorney
555 4th Street, N.W., Room 4824
Washington, D.C. 20530
Arvind.Lal@usdoj.gov
202-252-7688