## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IN RE** | : | **14-MC-00391 (RMC)** |
| **NONJUDICIAL CIVIL FORFEITURE** | : | |
| **PROCEEDING** | : | **UNDER SEAL** |

### ORDER EXTENDING GOVERNMENT'S TIME TO FILE COMPLAINT
### FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

**WHEREAS**, the Drug Enforcement Administration ("DEA") commenced non-judicial

forfeiture proceedings against $132,798 seized from Louis J. Spina;

**WHEREAS**, pursuant to 18 U.S.C. § 983(a)(1)(A)(i), the DEA sent written notice of

intent to forfeit the subject property to all interested parties;

**WHEREAS**, Louis J. Spina filed a claim for the subject property and no other party has

filed a claim;

**WHEREAS**, the time period for filing a claim under 18 U.S.C. § 983(a)(3)(A) has

expired;

**WHEREAS**, the time period for the government to file a complaint under 18 U.S.C.

§ 983(a)(3)(A) expires on October 22, 2014;

**WHEREAS**, 18 U.S.C. § 983(a)(3)(A) authorizes the Court, upon the agreement of the

parties, to extend the time in which the United States is required to file a complaint for forfeiture

against the subject property and/or to obtain an indictment alleging that the property is subject to

forfeiture;

**WHEREAS**, the United States and Mr. Spina have agreed to an extension of the deadline

to file a complaint for forfeiture against the property and/or to obtain an indictment alleging

forfeiture of the property until and including January 22, ~~2014~~ 2015;

**NOW, THEREFORE, PURSUANT TO 18 U.S.C. § 983(a)(3)(A), IT IS HEREBY
ORDERED, ADJUDGED, AND DECREED, THAT:**

The date by which the United States is required to file a complaint for forfeiture against

the subject property and/or to obtain an indictment alleging that the property is subject to

forfeiture is extended until and including January 22, ~~2014.~~ 2015

Dated this 23 day of October , 2014.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

Arvind K. Lal
Assistant United States Attorney
Asset Forfeiture and Money Laundering Section
555 Fourth Street, N.W., Room 4824
Washington, D.C.  20530

Brian P. Reilly, Esquire
22 South Clinton Avenue
Station Plaza 4, Fourth Floor
Trenton, NJ  08609