UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE                                              :        14-MC-00391 (RMC)
NONJUDICIAL CIVIL FORFEITURE  :
PROCEEDING                                 :        **UNDER SEAL**

**GOVERNMENT'S MOTION TO CLOSE AND UNSEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully advises the Court that the individual from whom the putative defendant funds were seized has pled guilty and has agreed to the forfeiture of the seized money. In support of this notice, the United States submits the following:

1.  On November 19, 2013, agents of the Drug Enforcement Administration ("DEA") seized $132,798 from Louis J. Spina.

2.  After this seizure, the DEA commenced a non-judicial forfeiture proceeding against the above-referenced property. As required by 18 U.S.C. § 983(a)(1)(A)(i), the DEA sent written notice of intent to forfeit the property to all "interested parties."

3.  On January 17, 2014, Mr. Spina filed a claim for the seized property. No other parties filed claims for the seized property.

4.  On April 23, 2014, and then again on October 23, 2014, the Court granted Consent Motions for extensions of time for the United States to file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture for the seized property.

5.  The deadline for filing a complaint and/or obtaining an indictment alleging forfeiture of the seized properties is currently January 22, 2015.

6.  On November 20, 2014, Mr. Spina pled guilty to wire fraud in the United States District Court for the District of New Jersey. As a part of his plea agreement, he agreed to the

forfeiture of the seized money as proceeds of his fraud.  Mr. Spina is currently scheduled to be sentenced on February 26, 2015.

## **CONCLUSION**

As Mr. Spina has pled guilty and agreed to the forfeiture of the seized money, the United States Attorney's Office respectfully advises the Court that it will not be filing a civil complaint against the money or pursuing an indictment of Mr. Spina in this jurisdiction.  Accordingly, the Government respectfully moves that the Court enter the attached Order closing and unsealing this matter.

                Respectfully submitted,

                RONALD C. MACHEN JR.
                United States Attorney
                For the District of Columbia
                D.C. Bar No. 447889

By:      _____
                Arvind K. Lal, D.C. Bar No. 389496
                Assistant United States Attorney
                555 4th Street, N.W.,  Room 4824
                Washington, D.C.  20530
                Arvind.Lal@usdoj.gov
                202-252-7688